# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARK MILLER,

                    Plaintiff,

v.

MEGAN SULLIVAN, *et al.*
*et al*,

                    Defendants.

Case No. 3:25-cv-00015-ART CSD

**ORDER APPROVING**

STIPULATION TO
DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Interested Party, on behalf of the Defendants named in the above-references, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and D. Randall Gilmer, Chief Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Mark Miller (#44747) Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned actions shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

Page 1

The parties have resolved these matters in their entirety and agree that the Court may accordingly close the cases, with prejudice. Any outstanding deadlines are considered moot.

DATED this 17th day of February 2026.

DATED this 17th day of February 2026.

AARON D. FORD

Attorney General

_____
MARK MILLER, Pro Se
Plaintiff

/s/ D. Randall Gilmer
D. Randall Gilmer, Esq. (Bar No. 140001)
Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
Anne R. Traum
United States District Judge

Dated: April 6, 2026

Page 2